UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ABEL ALEJANDRO GARCIA-RAMIREZ
   a/k/a/ Ulises Castro-Garcia,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

        Defendants.

---

**ORDER RESETTING MOTIONS HEARING**

---

THIS MATTER comes before the Court *sua sponte*.  Due to a scheduling conflict,

**IT IS ORDERED** that the Motions Hearing currently set for **June 1, 2007 is**

**VACATED** and reset to **June 7, 2007 at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 9th day of April, 2007

BY THE COURT:

_Marcia A. Krieger_
_____

Marcia S. Krieger
United States District Judge