UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **ABEL ALEJANDRO GARCIA-RAMIREZ**
   **a/k/a/ Ulises Castro-Garcia,**
   **a/k/a Carlos Stevens,**
   **a/k/a Raul Madrigal,**
   **a/k/a "David",**
   **a/k/a "Davey",**
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. **JOSE LUIS MEZA-GARCIA**
   **a/k/a "Chulo",**
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

    Defendants.

---

## ORDER SETTING HEARING

---

    **THIS MATTER** comes before the Court pursuant to Defendant Abel Alejandro Garcia-Ramirez's Motion to Suppress Intercepted Wire Communications **(# 92)**, Motion to Suppress Statements **(# 93)**, and Motion to Suppress Search **(# 94)**; and Defendant Jose Luis Meza-

Garcia's Motion to Suppress Search **(# 98)** and Motion to Suppress Intercepted Communications **(# 99)**. Also pending are Defendant Jose Luis Meza-Garcia's Motion for Discovery of Co-Conspirator's Statements **(# 96)** and Motion for Disclosure of *Brady* and *Giglio* Material **(# 97)**.

The Court will conduct a non-evidentiary hearing on **Thursday, May 17, 2007** at **9:00 a.m.** for the following purposes: (i) to address the need for one or more evidentiary hearings on the motions to suppress, and, if such hearing(s) are needed, to schedule such hearing(s); and (ii) to address the pending discovery motions.

Dated this 8th day of May, 2007

                                                **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                                Marcia S. Krieger
                                                United States District Judge