UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **ULISES CASTRO-GARCIA,**
   **a/k/a Carlos Stevens,**
   **a/k/a Raul Madrigal,**
   **a/k/a "David",**
   **a/k/a "Davey",**
   **a/k/a Abel Alejandro Garcia-Ramirez,**
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#110)** on May 15, 2007 by Defendant Ulises Castro-Garcia. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **August 6, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The motions hearing set for **June 11, 2007** and the **July 9, 2007** trial date are **VACATED** as to this Defendant **ONLY.**

Dated this 15th day of May, 2007

                    **BY THE COURT:**

                    *Marcia A. Krieger*
                    _____

                    Marcia S. Krieger
                    United States District Judge