UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ULISES CASTRO-GARCIA,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
   a/k/a Abel Alejandro Garcia-Ramirez,

        Defendant.

---

## ORDER DISCHARING ORDER TO SHOW CAUSE
---

       **THIS MATTER** comes before the Court *sua sponte*. The Court having reviewed Mr. Driscoll's response **(# 82)** to the Court's April 2, 2007 Order to Show Cause **(# 80)**, the Order to Show Cause is **DISCHARGED**.

       Dated this 15th day of Octboer, 2007

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge